# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **DIANE GASTON, et al.,** | CASE NO.   1:23-CV-00850 |
| Plaintiffs, | **DISTRICT JUDGE BRENNAN** |
| | **MAGISTRATE JUDGE ARMSTRONG** |
| **AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.** | **PLAINTIFFS' ATTORNEY FEES AND COST ITEMIZATION** |
| Defendants. | |

Plaintiffs, by and through counsel, hereby submit their preliminary estimate of their expected Attorney Fees and Cost Itemization pursuant to the Court's April 9, 2024 Notice of Case Management Conference and Order:

| **Attorney Fees** | | **Costs** | |
|---|---|---|---|
| Pleading & Procedural Motions Practice | $6,625.00 | Depositions | $6,000.00 |
| Discovery Practice | $12,000.00 | Witness Fees | $500.00 |
| Dispositive Motions Practice | $5,000.00 | Other | $1,000.00 |
| Settlement Negotiations | $1,000.00 | | |
| Trial | $10,000.00 | | |
| **Total Fees** | $29,625.00 | **Total costs** | $7,500.00 |

Plaintiffs reserve the right to amend and supplement this preliminary estimate.

Dated:  May 17, 2024

Respectfully submitted,

 /s/ Imokhai Okolo
Imokhai Okolo
(Ohio Bar #100277)
**THE OKOLO LAW FIRM LLC**
178 Wichita Place
Akron, OH  44313
Telephone: (216) 236-8857
Email:  iokolo@okololawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Reply was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: May 17, 2024							Respectfully submitted,

                                            /s/ Imokhai Okolo
                                           Imokhai Okolo
							(Ohio Bar #100277)
							**THE OKOLO LAW FIRM LLC**
							178 Wichita Place
							Akron, OH  44313
							Telephone: (216) 236-8857
							Email:  iokolo@okololawfirm.com

							*Counsel for Plaintiffs*