UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE GASTON, *et al.*, | ) | CASE NO. 1:23-cv-850 |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN ASSOCIATION OF | ) | |
| UNIVERSITY PROFESSORS, *et al.*, | ) | **CASE MANAGEMENT ORDER** |
| | ) | |
| Defendants. | ) | |

The Case Management Conference ("CMC") in this matter was held on May 20, 2024. Attorney Imokhai Okolo participated on behalf of Plaintiffs. Attorney Timothy Gallagher participated on behalf of Defendants.

The parties and counsel of record agreed to the following, and **IT IS SO ORDERED** that:

    1.    This case is assigned to the **Standard** track.

    2.    This case will be referred for Alternative Dispute Resolution ("ADR"):

Yes _____ No\_\_\_\_X_____ Decision delayed _____

    3.    The parties **DO NOT** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

    4.    Protective Order. The parties agree that a protective order is not necessary at this time.

    5.    Non-expert discovery shall be completed by **January 31, 2025**. Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to this track. Parties must comply with Local Rule 37.1 before filing any motions seeking aid from the

Court in discovery matters. To satisfy the requirement for meet and confer, the parties must meet in person or by video conference. If a telephonic conference is the only available means, the parties must explain why that is so. Email communications will never be sufficient.

6. The dispositive motion deadline is **April 11, 2025**. Responses to dispositive motions must be filed within thirty (30) days of service of the dispositive motion. Replies must be filed within fourteen (14) days of the service of the response. (*See* Local Rule 7.1). No sur-reply brief may be filed without leave from the Court. No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought and it indicates whether opposing counsel consents or objects to the requested extension.

7. A telephonic status conference with lead counsel is set for **October 24, 2024, at 9:00 a.m**. Counsel shall confer within five (5) business days of the scheduled conference to discuss outstanding issues and respective positions as to settlement. Three (3) business days before a status conference, counsel shall provide the Court with a joint status report consistent with the Court's Initial Standing Order. (See VIII(A).) The Status Reports need not be filed, but may be delivered via email to Brennan_Chambers@ohnd.uscourts.gov.

**IT IS SO ORDERED.**

**Date:** May 20, 2024

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE